**Dismissed and Opinion Filed August 15, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00637-CV

## IN THE INTEREST OF S.P.M. AND R.N.M., CHILDREN

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-54647-2014**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

The clerk's record in this case is overdue. By postcard dated July 6, 2016, we informed appellant that the Collin County District Clerk notified the Court that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to provide, within ten days, verification of payment or arrangements to pay for the clerk's record or to provide written documentation that she had been found entitled to proceed without pre-payment of costs. We cautioned appellant that if she did not file the required documentation we might dismiss the appeal without further notice. *See* TEX. R. APP. P. 37.3(b). To date, appellant has not filed the required documentation or otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b).


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE


160637F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF S.P.M. AND
R.N.M., CHILDREN

No. 05-16-00637-CV

On Appeal from the 401st Judicial District
Court, Collin County, Texas
Trial Court Cause No. 401-54647-2014.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee STEPHEN JOHN MARSHALL recover his costs of this appeal from appellant ANGELA STEVENS.

Judgment entered August 15, 2016.